Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
Attorney for Uriel Madrigal-Perez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIEL MADRIGAL-PEREZ,<br><br>Defendant. | CASE No:  1:17-CR00192 DAD<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF SENTENCING<br><br>DATE:  August 28, 2019<br>TIME:   10 a.m.<br>Hon. Dale A. Drozd |

Defendant by and through his attorney of record and Plaintiff by and through its attorney of record, hereby stipulate as follows:

This matter was set for sentencing on Wednesday, August 28, 2019 at 10 a.m.

By this stipulation, the parties now move to continue the sentencing date from August 28, 2019 at 10 a.m. to October 14, 2019 at 10 a.m.

There is more work that needs to be completed before the Defendant can be sentenced.

The parties agree and stipulate and request that the Court grant the continuance.

Dated: August 22, 2019                                        Respectfully submitted,


   s/s Barbara Hope O'Neill
Barbara Hope O'Neill attorney for
Uriel Madrigal-Perez

1

Dated: August 22, 2019                              s/s Laurel J. Montoya
                                                    Laurel J. Montoya
                                                    Assistant United States Attorney

**ORDER**

The sentencing hearing currently set for August 28, 2019 is continued to October 15, 2019 at 10:00 am.

IT IS SO ORDERED.

Dated:   **August 23, 2019**                        _Dale A. Drozd_
                                                    UNITED STATES DISTRICT JUDGE